UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

: 3:21-CR-243

v. : (JUDGE MANNION)

**ROLANDO MARTIN HORSFORD,** :
**ALFRED STEVEN SINGLETON, JR.,**

**Defendants** :

## ORDER

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendant Rolando Martin Horsford's motion to suppress evidence, **(Doc. 45)**, is **GRANTED** and, the controlled substances evidence found in Horsford's car, as well as any evidence obtained from Horsford's cell phones, is **SURPRESSED** for trial;

**(2)** The defendant Alfred's Steven Singleton, Jr.'s first motion to suppress evidence, **(Doc. 47)**, and second motion to suppress evidence, **(Doc. 49)**, are **GRANTED** and, the controlled substances evidence found in Horsford's car, as

well as any evidence obtained from Singleton's cell phones, is **SURPRESSED** for trial;

**(3)** The court will **DEFER** ruling on Singleton's motion to sever his trial from Horsford's trial, **(Doc. 51)**, pending a determination by the government as to whether it will proceed with this case without the stated suppressed evidence; and

**(4)** The Government is to advise the court and the defendants' counsel of its decision on or before **June 30, 2022**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 1, 2022**
21-243-01-Order